**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2038

SOFIA HASSEN ABUBUKER,

Petitioner,

versus

ALBERTO R. GONZALES,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A97-203-694)

Submitted:  April 19, 2006              Decided:  May 8, 2006

Before MOTZ, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rochelle A. Fortier Nwadibia, PRIVITERA & NWADIBIA, San Francisco, California, for Petitioner. Peter D. Keisler, Assistant Attorney General, Carol Federighi, Kenneth W. Rosenberg, DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sofia Hassen Abubuker, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals adopting and affirming the Immigration Judge's denial of relief. Our review discloses that the petition for review was filed out of time. See 8 U.S.C.A. § 1252(b)(1) (West 2005) (establishing thirty-day time frame for filing petition for review).

We accordingly dismiss the petition for review for lack of jurisdiction. See Stone v. INS, 514 U.S. 386, 405 (1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED